JOSEPH T. MCNALLY
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
REEMA EL-ALMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0552
    Facsimile: (213) 894-0140
    E-mail:     Reema.El-Almamy@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: WRIT OF HABEAS CORPUS AD PROSEQUENDUM | No. 2:24-cr-00570 |
|---|---|
| | GOVERNMENT'S NOTICE OF WITHDRAWAL OF DOCUMENTS NO. 956 AND 957 |
| | **(UNDER SEAL)** |

     PLEASE TAKE NOTICE THAT applicant United States of America, by

and through its counsel of record, the United States Attorney for the

Central District of California and Assistant United States Attorney

Reema el-Almamy, hereby withdraws its MOTION FOR WRIT OF HABEAS

CORPUS AD PROSEQUENDUM,

//

//

//

//

//

1

2

3  WRIT OF HABEAS CORPUS, and ORDER ON APPLICATION FOR WRIT OF HABEAS

4  CORPUS, filed on February 16, 2025 at documents number 956 and 957

5  under case number 2:24-cr-00570.

6

7

8  Dated: February 18, 2025          Respectfully submitted,

9                                    JOSEPH T. MCNALLY
                                     Acting United States Attorney

10                                   DAVID T. RYAN
                                     Assistant United States Attorney
11                                   Chief, National Security Division

12

13  _____/s/_____
                                     REEMA EL-ALMAMY
14                                   Assistant United States Attorney

15                                   Attorneys for Applicant
                                     UNITED STATES OF AMERICA

16

17

18

19

20

21

22

23

24

25

26

27

28

2